UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | **17 CR 5 1 4** |
| --- | --- | --- |
| v. | § § § § | CRIMINAL NO: **SEALED** |
| NERVIS GERARDO VILLALOBOS-CARDENAS | § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   CRIMINAL INDICTMENT   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

NERVIS GERARDO VILLALOBOS-CARDENAS

☐ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _____8-23_____, 20 17.

UNITED STATES MAGISTRATE JUDGE