United States District Court
Southern District of Texas
**ENTERED**
~~February~~ 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 17-cr-514 |
|---|---|---|---|
| | United States of America | | |
| | *versus* | | |
| | Luis Carlos De Leon Perez, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy R. Sanders, Trial Attorney<br>Fraud Section, Criminal Division, Dep't of Justice<br>1400 New York Avenue, NW<br>Washington, D.C. 20005<br>(202) 616-2650   jeremy.sanders@usdoj.gov<br>New York: 4535779 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:<br>12 FEB 2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/21/2018    Clerk's signature |

**Order**

Dated: February 22, 2018

This lawyer is admitted *pro hac vice*.

_____
United States District Judge

