IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. H-17-CR-514-2 |
| NERVIS GERARDO VILLALOBOS-CÁRDENAS | § § § | |

## CERTIFICATE OF CONFERENCE FOR DEFENDANT VILLALOBOS'S REPLY TO RESPONSE TO MOTION TO DISMISS

The United States opposes discovery and a bill of particulars until the defendant's appearance in Houston.

/s/ David Gerger
David Gerger